Complaint

| Jeffrey A. Damon Pro Se plaintiff verses Aerial Lighting and Electric Inc. Defendant | Case # 3:19cv979 |
|---|---|

FILED SCRANTON JUN 0 7 2019 Per ___ Deputy Clerk

1. Parties to Complaint
   A. Plaintiff - Jeffrey A. Damon Pro Se
      352 Jefferson ST Simpson Pa. 18407
   B. Defendant - Aerial Lighting and Electric Inc.
      26 Hotchkiss ST.
      Naugatuck CT. 06770

2. US District Court
   A. Discrimination (individual)
      employment commission. 5 23 2019
      00064
   B. Aerial Electric Inc.
      Laws of the State of Connecticut
      and Naugatuck Connecticut
      Controversy about the Plaintiff
      and The Defendant

3. Employee discrimination
   Hiring discrimination
   Civil action on commission findings

   I'm Seeking relief from the Court

5. Certification and Closing

Fed rule 11. I certify to the best of my knowledge, information is complete. Not for herassment or delay. Supported by Law or will be with reasonable investigation

A. I agree to notify the clerk if I change my address
06-04-2019       Please Reply
*Jeffrey A. Damon*    within 25 days
Jeffrey A. Damon

B. 06-04-2019
*Jeffrey A. Damon*
Jeffrey A. Damon
Pro Se



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number: (866) 408-8075
Boston Direct Dial: (617) 565-4805
Boston Direct Line: (617) 565-3200
TTY: (617) 565-3204
FAX: (617) 565-3196

Internet: www.eeoc.gov
Email: info@eeoc.gov

Jeffrey A. Damon
352 Jefferson Street
Simpson, PA 18407

APR 1 2 2019

Re:   Damon v. Aerial Lighting & Electric Inc.
      EEOC Charge No. 523-2019-00064

Dear Mr. Damon:

The Equal Employment Opportunity Commission (hereinafter referred to as the "Commission") has reviewed the above-referenced charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce.

In accordance with these procedures, we have examined your charge based upon the information and evidence you submitted. You allege you were subjected to employment discrimination because of your race, color, religion and age in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

Based upon this analysis the Commission is unable to conclude that the information establishes a violation of Federal law on the part of Respondent. This does not certify that Respondent is in compliance with the statutes. No finding is made as to any other issue that might be construed as having been raised by this charge.

The Commission's processing of this charge has been concluded. Included with this letter is your Notice of Dismissal and Right to Sue. Following this dismissal, you may only pursue this matter by filing suit against the Respondent named in the charge within 90 days of receipt of said notice. Otherwise, your right to sue will be lost.

If you have any questions, please contact Anthony M. Pino, Jr., Enforcement Supervisor, at 1-617-565-3192, Monday to Friday, during normal business hours.

Sincerely,

_____ For
Kenneth An, JD
Director
Boston Area Office

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Jeffrey A. Damon
352 Jefferson Street
Simpson, PA 18407

From: Boston Area Office
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 523-2019-00064 | Jinny L. Miranda, Investigator | (617) 565-3188 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Feng K. An,
Area Office Director

APR 1 2 2019
*(Date Mailed)*

Enclosures(s)

cc:

AERIAL LIGHTING & ELECTRIC INC
26 Hotchkiss St.
Naugatuck, CT 06770



Jeffrey Damon
352 Jefferson ST.
Simpson Pa 18407

U.S District court
235 North Washington Ave
Scranton Pennsylvania 18503
Clerk's Office

RECEIVED
SCRANTON
JUN 07 2019
PER _____ DEPUTY CLERK

18503#1512 C002